# ELECTRONIC RECORD

**705-15**

COA #   07-13-00286-CR     OFFENSE: 38.04

STYLE: Sammy Vidales v. The State of Texas     COUNTY: Lubbock

COA DISPOSITION: AFFIRMED, REVERSED & REMANDED     TRIAL COURT: 137th District Court

DATE: 7/7/2015     Publish: YES     TC CASE #: 2012-436,579

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Sammy Vidales v. The State of Texas     CCA #: **705-15**

_____ SPA'S _____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_Refused_     JUDGE: _____

DATE: _10/07/2015_     SIGNED: _____     PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____     DNP: _____

----------------------------

**APPELLANT'S PETITION FOR DISCRETIONARY REVIEW IS REFUSED,**

DATE 10/07/2015

_Per Curiam_
**JUDGE**

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**